UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
BROADWALL MANAGEMENT CORP., JEFFREY
MANAGEMENT CORP., 250 PARK LLC, NORTH
RIVERSIDE MEMBERS LLC, CAUSEWAY LLC,
31-11 THOMPSON AVENUE LLC, CLERMONT
YORK ASSOCIATES LLC, 4 PARK AVENUE
ASSOCIATES, 87TH STREET SHERRY
ASSOCIATES LLC, MADISON LASALLE
PARTNERS LLC, 645 NORTH MICHIGAN LLC,
GL METAIRIE TOWERS LLC, TOWER 570
COMPANY, L.P., 488 MADISON AVENUE
ASSOCIATES LLC, FRENCH PARTNERS LLC, 370
SEVENTH AVENUE ASSOCIATES LLC, 257 PARK
AVENUE ASSOCIATES, QUENTIN ROOSEVELT
ASSOCIATES LLC, 841-853 BROADWAY
ASSOCIATES LLC,

                             Plaintiffs,

          v.

CENTURY COMMERCIAL, LLC, CENTURY
OPERATING CORP., CENTURY MANAGEMENT
SERVICES, INC., THE CENTURY ORGANIZATION,
RICHARD BARRY, MITCHELL BARRY, JUSTIN
DERFNER AND ERIC DERFNER,

                            Defendants.
----------------------------------------------------------------x



Case No. 13 cv 1185 (DAB)

STIPULATION AND
ORDER OF DISMISSAL

     Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Broadwall Management Corp., Jeffrey Management Corp., 250 Park LLC, North Riverside Members LLC, Causeway LLC, 31-11 Thompson Avenue LLC, Clermont York Associates LLC, 4 Park Avenue Associates, 87th Street Sherry Associates LLC, Madison LaSalle Partners LLC, 645 North Michigan LLC, GL Metairie Towers LLC, Tower 570 Company, L.P., 488 Madison Avenue Associates LLC, French Partners LLC, 370 Seventh Avenue Associates LLC, 257 Park Avenue Associates, Quentin Roosevelt Associates LLC, 841-853 Broadway Associates LLC (together with their subsidiaries and affiliates, the "Plaintiffs"); and Defendants Century Commercial, LLC, Century Operating Corp., Century Management Services, Inc., The Century Organization,

Richard Barry, Mitchell Barry, Justin Derfner and Eric Derfner (together with their subsidiaries and affiliates, the "Defendants") hereby stipulate that:

1. The above-captioned action is hereby dismissed with prejudice on the following conditions:

    a. Defendants have ceased use of the Brochure (as that term is defined in the Complaint);

    b. Defendants will destroy all drafts and iterations of the Brochure;

    c. Defendants agree not to use or disseminate the Brochure or any iteration of the Brochure; and

    d. Defendants will not state or imply that they currently manage and/or operate any real estate properties that are operated and/or managed by the Feil Organization.

2. Each party will bear its own costs and expenses.

3. Nothing contained herein shall be an acknowledgement of the merits of any of the claims asserted in this action and Defendants deny any wrongdoing.

4. ~~The Court maintains jurisdiction over any disputes arising out of this stipulation.~~ DAB /s/ 5/9/13

Dated: April 11, 2013

_/s/ Joseph S. Allerhand_
Joseph S. Allerhand
Randi W. Singer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Fax: (212) 310-8007

LEVIN & GLASSER, P.C.
David J. Nathan
Rosemary B. Boller
R. Jay Ginsberg
420 Lexington Avenue, 8th Floor
New York, New York 10170
(212) 867-3636
*Attorneys for Plaintiffs*

_/s/ Andrew L. Morrison_
Andrew L. Morrison
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, New York 10036
(212) 790-4581
Fax: (212) 790-4545

*Attorneys for Defendants*

**SO ORDERED**

_Deborah A. Batts_
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
5/9/13